**Kingdawud Mujahid BURGESS, Plaintiff—Appellant,**

**v.**

**Aaron R. YBARRA, Agent; The United States of America through the Bureau of Alcohol Tobacco and Firearms, Defendants—Appellees.**

No. 09–7569.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 26, 2010.

Kingdawud Mujahid Burgess, Appellant Pro Se. Yiris E. Cornwall, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingdawud Mujahid Burgess appeals the district court's order denying his motion to reconsider the court's earlier order dismissing his action without prejudice based on Burgess' failure to comply with

court orders to provide notification of his transfer, release, or relocation, or risk involuntary dismissal pursuant to Fed. R.Civ.P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Burgess v. Ybarra*, No. 1:08–cv–00120–GBL–TCB, 2009 WL 2243767 (E.D.Va. July 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*